```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14128
   CHARLES HARRIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8979


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/07/2007 and was not confirmed.

     The case was dismissed without confirmation 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
US BANK NATIONAL ASSOC   NOTICE ONLY     NOT FILED            .00            .00
US BANK NATIONAL ASSOCIA SECURED NOT I        .00             .00            .00
US BANK NATIONAL ASSOCIA SECURED NOT I        .00             .00            .00
WELLS FARGO BANK MINNESO SECURED NOT I        .00             .00            .00
WELLS FARGO BANK MINNESO SECURED NOT I        .00             .00            .00
ROUNDUP FUNDING LLC      SECURED NOT I        .00             .00            .00
BARCLAYS CAPITAL REAL ES SECURED NOT I        .00             .00            .00
BARCLAYS CAPITAL REAL ES SECURED NOT I        .00             .00            .00
AMERICAN EXPRESS CENTURI UNSECURED         424.36             .00            .00
BARCLAYS CAPITAL REAL ES SECURED NOT I        .00             .00            .00
BARCLAYS CAPITAL REAL ES SECURED NOT I        .00             .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------         --------------
TOTALS                       .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14128 CHARLES HARRIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE